08-18-00045-CV

**MARIA C. CHÁVEZ**
**OFFICIAL COURT REPORTER**
**COUNTY COURT AT LAW NUMBER SEVEN**
**500 E. SAN ANTONIO**
**SUITE 1201 EL PASO COUNTY COURTHOUSE**
**EL PASO, TEXAS  79901**
**(915) 546-2000 ext. 3448**
**E-mail:  MariChavez@epcounty.com**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

5/22/2018 2:21:26 PM

DENISE PACHECO
Clerk

May 22, 2018


Court of Appeals
Eighth District of Texas
El Paso County Courthouse
Suite 1203
El Paso TX  79901

RE:  Alejandro Hernández and The
     Freedom Indeed Foundation, Inc. v.
     Constable R.A. Sommers Precinct 7
     Court of Appeals No. 08-18-00045-CV
     Trial Court No. 2017DCV0816


TO THE HONORABLE JUSTICES OF SAID COURT:


Since my last correspondence with this Court, I have received no notice and no designation of record from any of the parties in this case.

Please let me know if anything further is needed of me.


                    Very truly yours,


                    /S/_____
                    MARIA C. CHÁVEZ